UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MOHAMMAD ALAZZAM, | : | Civil No. 11-5341 (RMB) |
| Petitioner, | : |  |
| v. | : | **ORDER** |
| DONNA ZICKEFOOSE, | : |  |
| Respondents. | : |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 27th day of September 2012, hereby:

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon the parties, and shall close the file.

s/Renée Marie Bumb
RENEE MARIE BUMB
United States District Judge